NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPLICIT, LLC,**
*Plaintiff-Appellant*

**v.**

**NETSCOUT SYSTEMS, INC.,**
*Defendant-Cross-Appellant*

**SANDVINE CORPORATION,**
*Defendant*

---

2020-1976, 2020-2045

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00053-JRG, Chief Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

JASON LEE ROMRELL, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by ROBERT SHAFFER; J. DEREK MCCORQUINDALE, Reston, VA.

ERIC ALLAN BURESH, Erise IP, P.A., Overland Park, KS, argued for defendant-cross-appellant.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2022                  /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                            Clerk of Court